154 So. 607

## W. J. BELL v. Fionie NELSON.

### 6 Div. 513.

Supreme Court of Alabama.
April 5, 1934.

Rehearing Denied May 24, 1934.

L. D. Gray, of Jasper, for petitioner.
Davis & Curtis, of Jasper, for respondent.

GARDNER, Justice.

Petition of W. J. Bell for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bell v. Nelson, 154 So. 606.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.